# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138863-66(86)(89)

ANGLERS OF THE AuSABLE, INC.,
MAYER FAMILY INVESTMENTS, LLC,
and NANCY A. FORCIER TRUST,
            Plaintiffs-Appellants,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY, DIRECTOR OF THE
DEPARTMENT OF ENVIRONMENTAL
QUALITY, and MERIT ENERGY
COMPANY,
            Defendants-Appellees.
_____

SC: 138863-138866
COA: 279301, 279306, 280265,
        280266
Otsego CC: 06-011697-CE

        On order of the Chief Justice, the motion for temporary admission to practice of Phil C. Neal and Dao L. Boyle is considered and it is GRANTED. The motion by plaintiffs-appellants for extension of the time for filing their brief and appendix is considered and the time for filing is extended to July 20, 2010.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010

_____
Clerk